# United States District Court
# For The Western District of North Carolina
# Charlotte Division

In Re Marc Pierre Hall,

      Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                     3:07cv415

United States of America,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/1/07 Order.

                                                    Signed: October 2, 2007

                                                    Frank G. Johns, Clerk
                                                    United States District Court